# Amy Hinty

| | |
|---|---|
| **From:** | Amy Hinty |
| **Sent:** | Wednesday, August 10, 2016 3:57 PM |
| **To:** | 'john@clekis.com' |
| **Cc:** | 'rick@epcorriganlaw.com'; Robin Jackson |
| **Subject:** | Julius Wilson v. Michael Slager, et al. |
| **Attachments:** | 08-10-16.Overdue Discovery.pdf |

Good Afternoon,

Attach please find correspondence from attorney Jackson, in the above referenced matter.

Thank You,



Amy Marie Hinty
Paralegal
Senn Legal, LLC.
3 Wesley Drive
Charleston, SC 29407
P.O. Box 12279
Charleston, SC 29422
Phone: (843) 556-4045
Fax: (843) 556-4046
E-mail: amy@sennlegal.com

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential work product. The communication is intended for the use of the individual or entity above named. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return email and destroy any copies—electronic, paper, or otherwise—which you may have of this communication. Please note that nothing in this email should be construed as giving tax advice. Should you need tax advice, please contact a tax attorney.

1



## ATTORNEYS AT LAW

*Sandra J. Senn*  
*Robin L Jackson*  
*Christopher T. Dorsel*  
*Kevin M. DeAntonio*

*3 Wesley Drive*  
*P.O. Box 12279*  
*Charleston, SC 29422*  
*(843) 556-4045*  
*F (843) 556-4046*

*Robin@sennlegal.com*

August 10, 2016

**VIA ELECTRONIC MAIL ONLY**
John T. Gentry, III., Esquire
Clekis Law Firm, PA
Post Office Box 1867
Charleston, SC 29402

      RE:    <u>Julius Wilson v. Michael Slager, et al.</u>
                  C/A No. 2:15-cv-02170-DCN-MGB

Dear John:

On May 27, 2016, I served Defendants' City of North Charleston and Eddie Driggers Interrogatories and Requests for Production to Plaintiff on you. In looking through my file, I do not see where I have received any responses from you. These are now almost 90 days overdue. Please let me know when I can expect to receive your responses.

    With kind regards, I am,

                                            Sincerely,

                                            Robin L. Jackson

RLJ/amh

cc:    Eugene P. Corrigan, III., Esquire (via e-mail only)